PROB 22
(Rev. 09/12)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 2:15CR77- 001 |
| DOCKET NUMBER *(Rec. Court)* |
| 3:18-00072 |

| NAME AND ADDRESS OF PROBATION / SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Spencer Labyron Bell | Northern Indiana | Hammond |
| | NAME OF SENTENCING JUDGE | |
| | James T. Moody | |
| | DATES OF SUPERVISION — FROM 2/7/2018 | TO 2/6/2020 |

| OFFENSE |
|---|
| Felon in Possession of a Firearm |

| PART 1 – ORDER TRANSFERRING JURISDICTION |
|---|
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA |

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the MIDDLE DISTRICT OF TENNESSEE upon that Court's Order of Acceptance of Jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 22, 2018
*Date*

S/James T. Moody
*United States District Judge*

*This sentence may be deleted at the discretion of the transferring Court.

| PART 2 – ORDER ACCEPTING JURISDICTION |
|---|
| UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE |

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probation or supervised releasee be accepted and assumed by this Court from and after the entry of this Order.

April 2, 2018
*Effective Date*

*United States District Judge*